**Michael A. BRANHAM, II, Claimant–Appellee,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellant.**

No. 04–7080.

United States Court of Appeals, Federal Circuit.

June 3, 2004.

Martin F. Hockey, Jr., Principal Attorney, David M. Cohen, of Counsel, Department of Justice, Washington, DC, for Respondent–Appellant.

Michael E. Wildhaber, Principal Attorney, Wildhaber & Associates, Washington, DC, for Claimant–Appellee.

Before NEWMAN, LOURIE, and CLEVENGER, Circuit Judges.

LOURIE, Circuit Judge.

ORDER

The Secretary of Veterans Affairs moves to vacate the Court of Appeals for Veterans Claims' decision in *Branham v. Principi*, 02–1083 (November 26, 2003), and remand the case for further proceedings consistent with this court's decision in *Conway v. Principi*, 353 F.3d 1369 (Fed. Cir.2004). The Secretary states that David A. Branham, II opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The Secretary's motion to vacate and remand the case is granted.